

## NUMBER 13-22-00146-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

TIFFANY CARLEN HURD,                                              Appellant,

v.

PAUL BRYAN READING,                                               Appellee.

### On appeal from the 413th District Court
### of Johnson County, Texas.

## ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

Appellee Paul Bryan Reading has filed a "Response/Opposition to Appellant's Late Supplementation of Record." In his filing, Reading moves this Court to deny appellant Tiffany Carlen Hurd's supplementation of the record or disregard the supplemental exhibits in our review of the case. From our review of the record and

documents on file before this Court, it appears that the opposed supplemental exhibits filed were part of the trial court record and intended to be included in the appellate record as slip sheets are included in the clerk's record referencing a "Provided USB," which was not provided to this Court. TEX. R. APP. P. 34.5(c)(1) ("If a relevant item has been omitted from the clerk's record, the trial court, the appellate court, or any party may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item."). As such, we deny Reading's request to disregard the supplemental exhibits. *See id.* R. 34.5(b)(4) ("An appellate court must not refuse to file the clerk's record or a supplemental clerk's record because of a failure to timely request items to be included in the clerk's record.").

Because both parties filed their appellate briefs in this matter prior to the supplementation, Reading was not afforded the opportunity to respond to the contents of the supplemental exhibits. Accordingly, within fifteen days of this Court's order, Reading shall file a letter brief addressing those issues directly related to the supplemental exhibits provided.

PER CURIAM

Delivered and filed on the
25th day of July, 2022.

2